# EXHIBIT 7

## Advanced Care Staffing v. Benzor Vidal -- Request for 60-day Extension of Time

**David Seligman** <david@towardsjustice.org>   Mon, Aug 1, 2022 at 11:49 AM
To: MicheleGomez@adr.org
Cc: Juno Turner <juno@towardsjustice.org>, Valerie Collins <valerie@towardsjustice.org>, Deborah Schaffer <deb@towardsjustice.org>

Ms. Gomez,

We are from Towards Justice, a non-profit legal advocacy organization that represents workers. As we understand it, Benzor Vidal is a respondent in a case recently filed with AAA by his former employer seeking to collect, among other things, a so-called "breach fee" for his alleged breach of an employment contract.

We are deeply concerned about the employer practices underlying this case. Similar practices have given rise to litigation around the country. In fact, the New York Attorney General has engaged in enforcement against and entered into a settlement with an employer engaging in far less predatory practices than we understand Mr. Vidal's former employer to be engaging in here. We are also concerned and troubled by AAA's administration of an arbitration that could be used to facilitate an employer's illegal trafficking scheme.

We have not yet had the time to fully review Mr. Vidal's case or to decide whether we can represent him, but we understand that he has a deadline fast approaching, perhaps as early as August 4. We are inquiring on behalf of Mr. Vidal whether AAA would grant him a **60-day extension of his deadline** to respond to ensure that we can review his case, and that if we cannot represent him, he has time to find another attorney as opposed to facing a potentially crippling judgment without the benefit of representation.

Thanks so much for your attention to this matter.

Best,

David


--
**David H. Seligman, Esq.**
**Executive Director**



Direct Line: (720) 248-8426
Main Line: (720) 441-2236

David@towardsjustice.org

www.towardsjustice.org

**Mailing Address**
PO Box 371680, PMB 44465
Denver, CO 80237-5680

**Office Address**
2840 Fairfax Street, Suite 220
Denver, CO 80207

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.