# EXHIBIT 8

From: **Benzor Shem Vidal** <shem15418@gmail.com>
Date: Wed, Aug 10, 2022 at 4:47 PM
Subject: Advanced Care Staffing v. Benzor Vidal
To: <MicheleGomez@adr.org>, <SAsaad@fordharrison.com>, <david@towardsjustice.org>, <valerie@towardsjustice.org>

Hello,

I am the person that Advanced Care Staffing is suing in this case. I am still talking to the attorneys who are seeing how they can help me and investigating my case. I would like two more weeks to respond to this lawsuit.

Thank you,

Benzor