# EXHIBIT 10

From: **Benzor Shem Vidal** <shem15418@gmail.com>
Date: Fri, Sep 2, 2022 at 5:31 PM
Subject: Re: Advanced Care Staffing v. Benzor Vidal
To: AAA Michele Gomez <MicheleGomez@adr.org>
CC: David Seligman <david@towardsjustice.org>, <SAsaad@fordharrison.com>

Greetings AAA!

I disagree about what Advanced Care Staffing has stated in the arbitration demand and that I do not owe them money. I believe that they have violated my rights in many ways.
I do not think that I should be in arbitration because I don't think the arbitration agreement is legal.

I have not been able to decide on how to rank the arbitrators and I would need at least two more weeks because I do not know about these arbitrators who will be fairest to me.
I would also like to know if I need to pay any of the costs of the arbitrators while the arbitration is happening since I do not know how to decide between them when there are various costs involved.

Thank you

Kind Regards,

Benzor Shem Vidal

On Friday, August 26, 2022, AAA Michele Gomez <MicheleGomez@adr.org> wrote:
> Good morning:
>
> At this time we request claimant's position regarding the below request for further extension of time.
>
>  **AAA Michele Gomez**
> **Manager of ADR Services**
>
> American Arbitration Association
>
> T: 401 431 4848  F: 401 435 6529  E: MicheleGomez@adr.org    
> 1301 Atwood Ave, Suite 211N, Johnston, RI 02919
> adr.org  |  icdr.org  |  aaamediation.org
>
> The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.
>
> ---
>
> **From:** Benzor Shem Vidal <shem15418@gmail.com>
> **Sent:** Thursday, August 25, 2022 5:21 PM
> **To:** AAA Michele Gomez <MicheleGomez@adr.org>
> **Cc:** SAsaad@fordharrison.com; david@towardsjustice.org; valerie@towardsjustice.org
> **Subject:** Re: Advanced Care Staffing v. Benzor Vidal
>
> **\*\*\* External E-Mail – Use Caution \*\*\***
>
> Hello Good Day,
>
> I'm still talking to lawyers, and I ask for two more weeks.
>
> Thank you
>
> Benzor Shem Vidal
>
> On Thu, 11 Aug 2022 at 8:32 am, AAA Michele Gomez <MicheleGomez@adr.org> wrote:
>> Good morning:
>>
>> At this time we request comments from Claimant's counsel.



**AAA Michele Gomez**
**Manager of ADR Services**

American Arbitration Association

T: 401 431 4848  F: 401 435 6529  E: MicheleGomez@adr.org

1301 Atwood Ave, Suite 211N, Johnston, RI 02919

adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Benzor Shem Vidal <shem15418@gmail.com>
**Sent:** Wednesday, August 10, 2022 6:48 PM
**To:** AAA Michele Gomez <MicheleGomez@adr.org>; SAsaad@fordharrison.com; david@towardsjustice.org; valerie@towardsjustice.org
**Subject:** Advanced Care Staffing v. Benzor Vidal

*** External E-Mail – Use Caution ***

Hello,

I am the person that Advanced Care Staffing is suing in this case. I am still talking to the attorneys who are seeing how they can help me and investigating my case. I would like two more weeks to respond to this lawsuit.

Thank you,

Benzor