# EXHIBIT 11



Northeast Case Management Center
Heather Santo
Assistant Vice President
1301 Atwood Avenue
Suite 211N
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

September 7, 2022

Sami Asaad, Esq.
FordHarrison, LLP
185 Asylum St., Suite 610
CityPlace II
Hartford, CT 06103
Via Email to: sasaad@fordharrison.com

Benzor Vidal
1353 Saint Marks Avenue
Brooklyn, NY 11233
Via Email to: shem15418@gmail.com

Case Number: 01-22-0002-9008

Advanced Care Staffing, LLC
-vs-
Benzor Vidal

Dear Parties:

From the arbitrator lists submitted the American Arbitration Association (the AAA) has appointed Sara Kula. Arbitrator Sara Kula accepted the appointment and has agreed to serve at the rate of $450 per hour, as established on the arbitrator's resume. Enclosed please find copies of the arbitrator's duly executed Notice of Appointment and Notice of Compensation Arrangements.

As requested by the arbitrator, if either party or their counsel knows of any contact or conflict that may be relevant, please communicate this information to the AAA immediately.

The arbitrator is available to conduct the management conference call on the following dates and times:

September 14, 2022 between 12 pm and 3 pm
September 15, 2022 between 12 pm and 3 pm
September 29, 2022 between 10 am and 2 pm
September 30, 2022 between 10 am and 2 pm

The parties are requested to advise the undersigned of their availability on or before September 8, 2022. If, by that date, the AAA does not receive a response, we will assume all dates and times are acceptable and the call will be set.

Please do not hesitate to contact us with any questions and/or concerns.

Sincerely,

Michele Gomez
Manager of ADR Services
Direct Dial: (401) 431-4848
Email: MicheleGomez@adr.org

Enclosure

cc:     Marissa Vitolo
        Sara D. Kula, Esq.