# EXHIBIT 12



**Valerie Collins <valerie@towardsjustice.org>**

---

# Request to Stay | Advanced Care Staffing, LLC v. Benzor Vidal, 01-22-0002-9008

---

**David Seligman** <david@towardsjustice.org>   Mon, Sep 19, 2022 at 8:32 AM
To: AAA Michele Gomez <MicheleGomez@adr.org>, sasaad@fordharrison.com, Juno Turner <juno@towardsjustice.org>, Valerie Collins <valerie@towardsjustice.org>, Hugh Baran <Hugh@kakaleclaw.com>, "Prakash, Anna" <aprakash@nka.com>

Dear AAA,

We are counsel for Mr. Vidal in the attached declaratory judgment action in United States Federal Court for the Eastern District of New York. Our client is the respondent in *Advanced Care Staffing, LLC v. Benzor Vidal*, 01-22-0002-9008, before your organization. We do not represent Mr. Vidal in that arbitration.

We are writing to request that AAA stay the arbitration pending the federal court's resolution of the declaratory judgment action.

We also refer you to the AAA's moratorium on debt collection arbitrations. The same concerns that spurred regulator interest in consumer debt collection arbitrations, ultimately causing your organization to cease conducting those arbitrations, apply with equal if not greater force in this context. Here, the petitioner seeks to collect a debt purportedly owed because the respondent, an immigrant worker, terminated his employment due to allegedly poor working conditions.

Best,

David

--
**David H. Seligman, Esq.**
**Executive Director**



Direct Line: (720) 248-8426
Main Line: (720) 441-2236

David@towardsjustice.org

www.towardsjustice.org

**Mailing Address**
PO Box 371680, PMB 44465
Denver, CO 80237-5680

**Office Address**
2840 Fairfax Street, Suite 220
Denver, CO 80207

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient,

you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

---

📄 **1, Vidal, Complaint, 9-16-22.pdf**
1163K