# EXHIBIT 13



Valerie Collins <valerie@towardsjustice.org>

## Advanced Care Staffing, LLC v. Benzor Vidal - Case 01-22-0002-9008

**David Seligman** <david@towardsjustice.org>   Thu, Oct 6, 2022 at 2:49 PM
To: AAA Michele Gomez <MicheleGomez@adr.org>
Cc: Benzor Shem Vidal <shem15418@gmail.com>, Valerie Collins <valerie@towardsjustice.org>, Juno Turner <juno@towardsjustice.org>, sasaad@fordharrison.com, sara@sarakula.com

Ms. Gomez,

Please see the attached letter from Towards Justice on behalf of our client Benzor Vidal, whom we are representing in this arbitration for the purpose of seeking a stay of the arbitration proceedings pending resolution of Mr. Vidal's federal court action regarding the enforceability of the arbitration provision.

Best,

David
--
**David H. Seligman, Esq.**
**Executive Director**



Direct Line: (720) 248-8426
Main Line: (720) 441-2236

David@towardsjustice.org

www.towardsjustice.org

**Mailing Address**
PO Box 371680, PMB 44465
Denver, CO 80237-5680

**Office Address**
2840 Fairfax Street, Suite 220
Denver, CO 80207

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

**2 attachments**

 **10.6.22.AAA Letter for Benzor Vidal.pdf**
165K

**Exhibit A -- EDNY Complaint.pdf**
280K