# EXHIBIT 21



Juno Turner <juno@towardsjustice.org>

## Advanced Care Staffing, LLC v. Benzor Vidal - Case 01-22-0002-9008

**David Seligman** <david@towardsjustice.org>    Wed, Jan 4, 2023 at 7:50 PM
To: MicheleGomez@adr.org
Cc: sasaad@fordharrison.com, sara@sarakula.com, valerie@towardsjustice.org, juno@towardsjustice.org, mvitolo@fordharrison.com, shem15418@gmail.com

Dear Ms Kula and Ms. Gomez,

We are aware that the New York Attorney General recently sent the attached letter to AAA and Ms. Kula stating that the contract provisions that Claimant seeks to enforce in this arbitration "appear invalid and unlawful" under prohibitions against labor trafficking. The New York Attorney General urged AAA to "consider staying" this arbitration.

In light of this communication, we write once again to request that Ms. Kula and AAA decline to administer this arbitration or stay it pending resolution of Mr. Vidal's declaratory judgment action in federal court. The continued administration of this proceeding--at least until the federal court rules on the enforceability of the arbitration requirement at issue here--risks running afoul of the TVPA. 18 U.S.C. 1589 (b). Moreover, for all of the reasons Mr. Vidal has explained on repeated occasions, Ms. Kula does not have the authority to rule on whether this dispute is arbitrable because Mr. Vidal challenges the enforceability of the requirement purporting to delegate matters of arbitrability to the arbitrator. Those issues must be resolved by the court before this arbitration can proceed.

We respectfully request a response to this request by Monday, January 9. If you decline to dismiss the arbitration or to stay it pending judicial resolution of the declaratory judgment action, Mr. Vidal will file a motion for preliminary injunction in the federal court case. The federal court has the authority to protect its exclusive jurisdiction to decide whether the arbitration requirement and its purported delegation provision are enforceable, including by issuing an injunction against AAA.

Best,
--
**David H. Seligman, Esq.**
**Executive Director**



Direct Line: (720) 248-8426
Main Line: (720) 441-2236

David@towardsjustice.org

www.towardsjustice.org

**Mailing Address**
PO Box 371680, PMB 44465
Denver, CO 80237-5680

**Office Address**
303 E. 17th Avenue, Suite 400
Denver, CO 80203

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

[Quoted text hidden]

Case 1:22-cv-05535-NRM-MMH Document 23-23 Filed 01/26/23 Page 3 of 3 PageID #: 300

📎 **NYAG letter to the AAA 1.4.2023.pdf**
151K