

January 4, 2022

Benzor Shem Vidal
33 Ross Way, London
United Kingdom E14 7GG

**Re: Release of Promissory Note**

Dear Benzor Shem Vidal,

Advanced Care Staffing hereby unconditionally waives, cancels, and releases the $20,000 promissory note that you made to Advanced Care Staffing, dated May 8, 2019.

Sincerely,


Sam Klein
CEO