

Quick Guide for Sponsored Nurses

# About Advanced Care Staffing

Check out our website http://advancedcarestaffing.com/

and learn more by checking out this short clip





You are being sponsored as a Registered Nurse in USA and you will be assigned to work in a Skilled Nursing Facility (SNF) also known as Long Term Care (LTC)Facility.

Before signing the contract, it is important that you understand your role and the demands of this position.

# What to expect in an SNF/LTC setting:

1. SNFs operate 24/7 as residents need nursing care round the clock, therefore it is expected that you will be working on different shifts including holidays and weekends.

2. You will conduct nursing care to all residents on the floor and as such, you will work on <u>high</u> patient volume (example nurse-patient ratio 42:1) and conduct medication and treatment administration, family and physician notification as needed, Electronic Medical Record (EMR) documentation all within your shift. Keep in mind, this is a long-term care setting.

3. You may be asked to participate in an interdisciplinary care plan team including assisting physicians and conducting facility programs.

4. It is normal that when the facility is short staffed, you may be required to work overtime and or longer hours as allowed by the Labor department.

# What to expect in an SNF/LTC setting:

5. It is critical that you actively and consistently practice all nursing skills required for the position. Please refer to this nursing skills checklist.

6. Good attendance and punctuality is a must. In US, we do not have many holidays compared to the Philippines. We observe around 7 holidays in a given year. People up here consistently work and work hard therefore, you are expected to show up for work at all times.

7. It is expected that you help with other floors if needed or discretionary by the Supervisor.



# Understanding Skilled Nursing Homes

Please watch an overview of skilled nursing and long-term care facility below.