| | |
|---|---|
| **From:** | Joel Rosalio <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=21C50AFDB1B24282BFECD9A67FEAE7EE-JOEL@namprd18.prod.outlook.com> |
| **Sent:** | Tuesday, January 4, 2022 4:51 PM |
| **To:** | Benzor Shem Vidal |
| **Cc:** | Jan Romwel Labro; Kriszaleen Baca |
| **Subject:** | RE: VIDAL, BENZOR SHEM: USEM Interview Initial Instructions |

Hi Benzor,

I already have it signed and notarized, will send it tomorrow. You should have it sometime early next week.

Will send you a separate invite for our meeting.

Thank you,


**Joel Rosalio**
**International Healthcare Manager**
**Advanced Care Staffing, LLC**
P  :  718.305.6700 Ext. 210
F  :  718.305.6824
E  :  joel@advancedcarestaffing.com
A  :  1000 Gates Avenue, Suite 5B, Brooklyn, NY 11221

CONFIDENTIALITY AND PRIVACY NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify Advanced Care Staffing. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Thank you.

---

**From:** Benzor Shem Vidal <shem15418@gmail.com>
**Sent:** Tuesday, January 4, 2022 4:33 PM
**To:** Joel Rosalio <joel@advancedcarestaffing.com>
**Cc:** Jan Romwel Labro <jan@advancedcarestaffing.com>; Kriszaleen Baca <Kriszaleen@advancedcarestaffing.com>
**Subject:** VIDAL, BENZOR SHEM: USEM Interview Initial Instructions

Hi Sir Joel,

Please see signed contract.

I am available for the video call on Jan 10, 2022 or if we can do it earlier I'm available on Jan 6, 2022.

My viber is +44 7309676345

Also, will the Job Offer and Support Letter be sent to my address this week?

Many Thanks

1

Benzor

On Tuesday, January 4, 2022, Joel Rosalio <joel@advancedcarestaffing.com> wrote:

> Dear Benzor Shem Vidal:
>
> Please refer to the following link for your initial guidance for your upcoming US Embassy Immigrant Visa Application interview on **January 19, 2022 at 9:30AM.**
>
> https://travel.state.gov/content/travel/en/us-visas/immigrate/the-immigrant-visa-process/step-10-prepare-for-the-interview.html
>
> https://ais.usvisa-info.com/en-gb/iv/information/iv_overview.
>
> Through this link you can see and make reference to the following matter:
>
> 1. Pre-interview checklist of the documents; some documents may not be required of you depending on which category you are included.
>
>    Please make sure that you will have the following:
>
>    RN credentials:      NY license and CGFNS visa screen certificate (original and photocopies)
>
>    School Credential:   diploma and transcript of records
>
>    Civil documents:     PSA issued birth cert, marriage cert (if applicable), valid passport, NBI clearance and/or police clearance from your present place of residence
>
> 2. Registration of your delivery address;
> 3. Interview Guidelines;
> 4. Medical Examination Instructions. Please coordinate with the US Embassy for the accredited clinic/hospital. Please take note that it may take about 5 days before you get the result and the medical examination result is valid only for 6 months. The objective is that you should have a valid medical examination result at the time of the interview.
>
> Further, kindly find the following attachment for your perusal:
>
>    1. Cover Letter

2. Amended Employment Agreement
3. Introductory Guide to Skilled-Nursing Facility
4. Nurses Quick Guide

**Please review this guidelines carefully and prepare your documents. PLEASE make yourself available sometime next week and we will discuss all these concerns. Briefing and a short lecture will be conducted by one of our Operations Manager and myself. Please be prepared for a video call using Microsoft Teams. This meeting may take an hour to 1.5 hour the most. We will send you a separate invite on a specific date. We are also hoping that you can provide us with your contact details for Viber or Skype** (if you have one).

**Will call you prior to this date to monitor how things are going. Also for your reference, we will send the original copy of the Job Offer and Support Letter to the address that you have provided.**

Let us know too should you have any questions or clarification.

Thank you,

Joel Rosalio

**International Healthcare Manager**
**Advanced Care Staffing, LLC**

P  :  718.305.6700 Ext. 210

F  :  718.305.6824

E  :  joel@advancedcarestaffing.com

A  :  1000 Gates Avenue, Suite 5B, Brooklyn, NY 11221

CONFIDENTIALITY AND PRIVACY NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify Advanced Care Staffing. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Thank you.