| | |
|---|---|
| **From:** | Benzor Shem Vidal <shem15418@gmail.com> |
| **Sent:** | Monday, January 10, 2022 2:36 AM |
| **To:** | USA Petition Priority Care Staffing |
| **Cc:** | Joel Rosalio |
| **Subject:** | Re: VIDAL, BENZOR SHEM: ACS Nurse Sponsorship Agreement and Briefing |

Hi Sir Joel,

I would like to double check the scheduled video call later today. What time is it in US time? Is it 3 - 5 PM US time or UK time?

My viber is +447309676345 for the video call or microsoft teams

Thank you

Regards,

Benzor

On Thursday, January 6, 2022, USA Petition Priority Care Staffing <usapetition@prioritycarestaffing.com> wrote:

> This is video conference call.  Please make sure you have access to a camera and headset to connect. We will also have a screen sharing presentation therefore advisable that you are in front of a computer or a wide screen to see the content of our discussion. We STRONGLY advise to read the email sent by Joel entitled "USEM Interview Initial Instruuction" including attachment before attending our conference call.
>
>
> Items to discuss:
>
> 1. Amendment in the agreement.
> 2. About your assignment with us
> 3. Introduction to Skilled Nursing Facility
> 4. Interview briefing
>
>
> Thank you and we look forward to your attendance.
>
> _____
>
> Microsoft Teams meeting

1

**Join on your computer or mobile app**
[Click here to join the meeting](#)

[Learn More](#) | [Meeting options](#)