| | |
|---|---|
| **From:** | Benzor Shem Vidal <shem15418@gmail.com> |
| **Sent:** | Thursday, January 13, 2022 7:18 AM |
| **To:** | Joel Rosalio |
| **Subject:** | Interview Update & Facility Change |

Hi Sir Joel,

I've already done my visa interview and it went well. The consular officer said they'll be processing it already. Hopefully I'll receive my visa sometime next week.

Can I kindly request for a change of facility to Downtown Brooklyn as what we have discussed in the phone?

I'll also start looking for a place so I can come next month by February third or fourth week since I need to leave 6 months before my passport expiry.

Looking forward to your favourable response.

Thank you

Kind Regards,

Benzor