UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENZOR SHEM VIDAL,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ADVANCED CARE STAFFING, LLC,<br><br>　　　Defendant. | Civ Action No. 22-cv-5335 (NRM)(MMH) |

**DECLARATION OF HUGH BARAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Hugh Baran, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney at Kakalec Law PLLC, which, together with Towards Justice and Nichols Kaster, PLLP, represents Plaintiff Benzor Shem Vidal in this action. I am an attorney in good standing admitted to practice before this Court.

2. I have been one of the lawyers primarily responsible for the prosecution of Plaintiff's claims in this case.

3. I make the statements in this Declaration based on my personal knowledge, and would so testify if called as a witness at trial.

**Exhibits**

4. Attached hereto as Exhibit 26 is a true and correct copy of the Supplemental Declaration of Benzor Shem Vidal.

5. Attached hereto as Exhibit 27 is a true and correct copy of a letter from Jeffrey S. Rogoff, Regional Solicitor, United States Department of Labor.

| | |
|---|---|
| Dated: Brooklyn, New York<br>February 15, 2023 | /s/ Hugh Baran<br>Hugh Baran (he/him)<br>**KAKALEC LAW PLLC**<br>195 Montague Street, 14th Floor<br>Brooklyn, NY 11201<br>(212) 705-8730<br>Hugh@KakalecLaw.com |